**Opinion filed January 7, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00357-CR

_____

## ROBERT LEN HAAS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 16176-B**

### M E M O R A N D U M   O P I N I O N

On December 7, 2009, Robert Len Haas filed in this court a pro se notice of appeal. In this document, Haas stated emphatically that he was appealing from the trial court's decision concerning his request for "any and all trial transcripts." The clerk of this court wrote the parties that the notice of appeal had been filed but that it appeared Haas was attempting to perfect an appeal in a situation where a final, appealable order had not yet been entered. Haas was directed to respond showing grounds for continuing this appeal.

Haas filed in this court a response. Haas again contends that he is appealing the trial court's denial of his request for trial court transcriptions and records. We understand that Haas's desire is to secure copies of his records from trial court proceedings; however, Haas has not established that an appealable order has been entered or that this court has jurisdiction to consider a direct appeal in this situation.

Therefore, the appeal is dismissed for want of jurisdiction.

PER CURIAM

January 7, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.